<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM GALLAGHER,<br><br>Plaintiff,<br><br>v.<br><br>FARM FAMILY CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 14-02533 (JLL) (JAD)<br><br>ORDER |

**THIS MATTER** comes before the Court upon Plaintiff William Gallagher's failure to comply with the requirements of the Court's August 12, 2014 Order. (ECF No. 8). After carefully considering the record, the Honorable Joseph A. Dickson, United States Magistrate Judge, found that Plaintiff's Complaint is subject to *sua sponte* dismissal given Plaintiff's protracted and ongoing failure to prosecute the case. *Shipman v. Delaware*, 381 F. App'x. 162, 164 (3d Cir. 2010) ("A District Court has the authority to dismiss a suit sua sponte for failure to prosecute by virtue of its inherent powers and pursuant to Federal Rule of Civil Procedure 41(b)."). In particular, Magistrate Judge Dickson recommended that this case be dismissed without prejudice. To date, the Court has received no objections with respect to Magistrate Judge Dickson's September 22, 2014 Report and Recommendation, and for good cause shown,

IT IS on this 20 day of October, 2014,

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson, filed on September 22, 2014, (ECF No. 9), is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that this matter is dismissed without prejudice and the Clerk's Office is hereby directed to close this case.

**IT IS SO ORDERED.**

_____
Jose L. Linares
United States District Judge